# ORDER OF MULTIDISTRICT LITIGATION PANEL

CORRECTED

Order Pronounced November 4, 2010

<u>APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT
LITIGATION CASE:</u>

10-0689        IN RE  TEXAS CITY REFINERY ULTRACRACKER EMISSION
               LITIGATION

The Motion for Transfer, filed by BP Products North America Inc., is granted. Pursuant to Rule 13 of the Texas Rules of Judicial Administration, all pending cases and any tag-along cases are transferred to the Judge Lonnie Cox, Judge of the 56th District Court of Galveston County.

Per Curiam Opinion